UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Welch,                            Civil 06-3097 ADM/FLN

    Petitioner,

v.                                      O R D E R

Mike Green and Warden
Jessica Symmes,

    Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 29, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice.

DATED: September 22, 2006.          s/Ann D. Montgomery
at Minneapolis, Minnesota            JUDGE ANN D. MONTGOMERY
                                            United States District Court